IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LEOS,** | Case No. 1:14-cv-02029-LJO-JLT |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR A STAY OF DISCOVERY** |
| v. | |
| | **(Doc. 26)** |
| **C. RASEY, et al.,** | |
| Defendants. | |

In their request, Defendants note that they are preparing a motion for summary judgment based upon their claim that Plaintiff has failed to exhaust his administrative remedies and has failed to comply with California's Tort Claims Act. (Doc. 26 at 1-2) Defendants believe this motion will dispose of most of the claims and which will allow streamlined discovery directed toward only to the remaining topics. Id. Good cause appearing, the Court **ORDERS**:

1. Defendant' motion for summary judgment SHALL be filed no later than March 29, 2016;

2. Pending a determination on the merits of Defendants' motion, discovery action is stayed. **Except for discovery requests that address exhaustion of the administrative remedies or compliance with California's Tort Claims Act**, the

1

parties **SHALL NOT** be obligated to respond to any pending discovery requests, and no further discovery requests may be propounded until the stay is lifted;

3. The Court will issue an amended Discovery and Scheduling Order when it lifts the discovery stay.

IT IS SO ORDERED.

Dated:   **March 17, 2016**                         /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE