UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEOS,<br><br>        Plaintiff,<br><br>   v.<br><br>C. RASEY, et al.,<br><br>        Defendants. | 1:14-cv-02029-LJO-JLT (PC)<br><br>ORDER EXTENDING DISPOSITIVE MOTION DEADLINE TO JUNE 10, 2017<br><br>(Docs 73, 74) |

      The parties to this action recently filed separate motions seeking to extend the deadline to file dispositive motions. (Docs. 73, 74.) Good cause appearing, the Court **ORDERS**:

      1.    The deadline for filing dispositive motions is extended to June 10, 2017.[1]

IT IS SO ORDERED.

      Dated:  **April 24, 2017**                **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] All other requirements of the Second Amended Discovery and Scheduling Order (Doc. 50) remain in effect.

1