IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LEOS,** | Case No. 1:14-cv-02029-LJO-JLT (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO OPPOSE PLAINTIFF'S REQUEST FOR RECONSIDERATION** *NUNC PRO TUNC* |
| **v.** | |
| **C. RASEY, et al. ,** | **(Doc. 77)** |
| Defendants. | **Deadline: May 18, 2017** |

The Court, having considered Defendants Rasey and Stonestreet's *nunc pro tunc* request for reconsideration of the Court's April 6, 2017 Order, and good cause appearing:

**IT IS HEREBY ORDERED** that Defendants have until May 18, 2017, to oppose Plaintiff's request for reconsideration, *nunc pro tunc*.

IT IS SO ORDERED.

Dated:   __May 15, 2017__          _____/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE