# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEOS,<br><br>        Plaintiff,<br><br>    v.<br><br>RASEY, et al.,<br><br>        Defendants. | Case No. 1:14-cv-02029-LJO-JLT (PC)<br><br>**ORDER EXTENDING THE DEADLINE TO FILE DISPOSITIVE MOTIONS NUNC PRO TUNC**<br><br>**(Doc. 86)** |

On June 6, 2017, Defendants filed a motion seeking to modify the Discovery and Scheduling Order to extend the dispositive motion filing deadline by two weeks -- from June 12, 2017 to June 26, 2017. (Doc. 86.) Defendants request this deadline extension because of counsel's extensive involvement in various class action cases in the last three months. (*See id.*, pp. 2-3.) Good cause appearing, the Defendants' motion for an extension of time to file dispositive motions by June 26, 2017 (Doc. 86) is GRANTED, nunc pro tunc.

IT IS SO ORDERED.

    Dated: **July 7, 2017**                    **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE