| | |
|---|---|
| JAMES LEOS,<br><br>        Plaintiff,<br><br>   v.<br><br>C. RASEY, et al.,<br><br>        Defendants. | 1:14-cv-02029-LJO-JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 95, 96)<br><br>30-DAY DEADLINE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On June 7, 2017, Defendants filed a motion to modify the discovery and scheduling order seeking to extend the dispositive motion deadline by two weeks. (Doc. 86.) On June 26, 2017, Defendants filed a motion for summary judgment. (Doc. 88.) The Court granted Defendants' motion to extend the dispositive motion deadline to June 26, 2017 *nunc pro tunc* on July 10, 2017. (Doc. 93.) On July 14, 2017, Plaintiff filed a motion to strike Defendants' motion for summary judgment and objections that it was untimely. (Doc. 95.) Defendants' motion was thus timely filed and Plaintiff's motion to strike is denied and objections to it as untimely are overruled.

On July 31, 2017, Plaintiff filed a motion to extend time to file opposition to motion for summary judgment. Good cause appearing, the Court **ORDERS**:

    1.    Plaintiff's motion to strike Defendants' motion for summary judgment, filed on July 14, 2017 (Doc. 95) is **DENIED** and any objections thereon are

1

OVERRULED; and

2. Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment, filed on July 31, 2017 (Doc. 96), is **GRANTED** and Plaintiff has 30 days from the date of service of this order in which to file opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: **August 9, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE