UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES LEOS, | 1:14-cv-02029-LJO-JLT (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| v. | |
| C. RASEY, et al., | (Doc. 109) |
| Defendant. | DEADLINE: OCTOBER 9, 2017 |

On September 18, 2017, Defendants' filed a motion to extend time to file reply to plaintiff's opposition to their motion for summary judgment. Good cause appearing, the Court **ORDERS**:

Defendants are granted an extension of time up to and including October 9, 2017 in which to file a reply to plaintiff's opposition to their motion for summary judgment.

IT IS SO ORDERED.

Dated: __**September 22, 2017**__         __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE

1