UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C. RASEY, et al.,<br><br>　　　　　Defendant. | 1:14-cv-02029-LJO-JLT (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 111)<br><br>DEADLINE: OCTOBER 27, 2017 |

On October 9, 2017, defendants' filed a motion to extend time to file reply to plaintiff's opposition to their motion for summary judgment. Good cause appearing, the Court **ORDERS**:

Defendants' are granted until October 27, 2017 in which to file a reply to plaintiff's opposition to their motion for summary judgment.

IT IS SO ORDERED.

　　Dated: **October 12, 2017**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1