FILED

JUL 10 2018

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEOS, <br><br> Plaintiff, <br><br> v. <br><br> C. RASEY, et al., <br><br> Defendants. | Case No.: 1:14-cv-02029-LJO-JLT (PC) <br><br> ORDER THAT INMATE JAMES LEOS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff James Leos is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on July 10, 2018. Inmate James Leos, CDCR #V-07456, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 7/10/18

_____
UNITED STATES MAGISTRATE JUDGE